**Josue JIMENEZ, Plaintiff–Appellant,**

v.

**E. RUELAS, CCI, Defendant–Appellee.**

No. 07–56156.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 14, 2009.

———

Josue Jimenez, Blythe, CA, pro se.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Gerald S. Ohn, Esquire, Office of the California Attorney General, Los Angeles, CA, for Defendant–Appellee.

Before: WALLACE, TROTT, and RYMER, Circuit Judges.

MEMORANDUM \*\*

California state prisoner Josue Jimenez appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging due process violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Cholla Ready Mix, Inc. v. Civish,* 382 F.3d 969, 973 (9th Cir. 2004), and we affirm.

The district court properly dismissed Jimenez's third amended complaint because it failed to state a due process claim based on allegations that Jimenez was denied a prison transfer to another prison and the opportunity to earn good-time credits. *See Meachum v. Fano,* 427 U.S. 215, 224–25, 96 S.Ct. 2532, 49 L.Ed.2d 451 (1976) (holding that no liberty interest protected by the Due Process Clause is implicated in a prison's reclassification and transfer decisions); *see also Myron v. Terhune,* 476 F.3d 716, 718 (9th Cir.2007) (upholding denial of an inmate's transfer to a lower custody level facility based on inmate's failure to show that the state's classification of the inmate "will invariably affect the duration of his sentence").

Jimenez's remaining contentions are unpersuasive.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Jimenez's requests for judicial notice are denied.

**AFFIRMED.**